

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-CR-589-JAK |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| Emmanuel Boiton Aguirre | [Fed.R.Crim.P. 32.1(A)(6); 18 U.S.C. § 3143(A)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _defendant's continued_

use of controlled substances, failure to attend drug treatment sessions, foreign travel and insufficient bail resources

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's continued use of controlled substances, criminal history and lack of factors offsetting danger.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/11/2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE