"0"

JAN 2 5 2018

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   CR 17-589-JAK
            Plaintiff,       )
                             )   ORDER [OF DETENTION] [SETTING
      v.                     )   CONDITIONS OF RELEASE] AFTER HEARING
                             )   (18 U.S.C. § 3148(b):
EMMANUEL                     )   (Allegations of Violation of
BOITON-AGUIRRE               )   Pretrial Conditions of Release)
                             )
            Defendant.       )
                             )

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge KRONSTADT].

B.

The court finds there is

(1)

(A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

(B) (X) Clear and convincing evidence that the defendant has violated any other condition of release; ~~and~~ by not appearing at S.R. violation hearing,

(2)

    (A)  ~~☒~~ Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)  (~~X~~ The person is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1)(A)

(3)    ( ) There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

or

(4)    ( ) The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

    ( ) It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

or

2

C.

☒  IT IS ORDERED defendant be detained prior to trial.

DATED: 1/25/18

_____
PAUL L. ABRAMS

U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]

3